LAW OFFICES
# BRIAN J. NEARY
COURT PLAZA SOUTH – EAST WING
21 MAIN STREET, SUITE 305
HACKENSACK, NEW JERSEY 07601
(201) 488-0544
FAX (201)488-0240
Email: info@nearylaw.com
www.nearylaw.com

BRIAN J. NEARY*◊°
JANE M. PERSONETTE
LINDSAY B. GARGANO

-----

° CERTIFIED BY THE NJ SUPREME COURT
AS A CRIMINAL TRIAL ATTORNEY
\* ALSO MEMBER NY BAR
◊ ALSO MEMBER MASS. BAR

30 MONTGOMERY STREET
9TH FLOOR, SUITE 990
JERSEY CITY, NEW JERSEY 07302

-----

185 WYTHE AVENUE
SUITE A
BROOKLYN, NEW YORK 11249
(212) 233-4995

Honorable Susan D. Wigenton
United States District Judge
Martin Luther King Building & US Courthouse
50 Walnut Street
Newark, New Jersey 07101

April 19, 2018

Re: <u>United States v. Eddy Manon</u>
Crim. No. 16-460

Dear Judge Wigenton;

As you know, Mr. Manon appeared before Your Honor for sentencing on March 27, 2017. The Judgment of Conviction includes a surrender date of Monday, April 30, 2018. I am writing to respectfully request a two week extension of the surrender date so that Mr. Manon can address a medical issue that has recently arisen.

I attach for your convenience medical records regarding Mr. Manon's health. He recently had a very painful attack of a kidney stone which resulted in a visit to the emergency room. On April 16, 2018 he saw Dr. Contreras, MD who confirmed the stone

and the fact that he has not yet passed. To ensure that Mr. Manon is in satisfactory health to begin his term of imprisonment, Mr. Manon respectfully requests a new surrender date of May 14, 2018.

Thank you for your consideration.

Respectfully,

Brian J. Neary, Esq.
21 Main Street, Court Plaza South
Hackensack, NJ 07601

cc: Michael Liebes, US Probation

So Ordered this _____ day of April 2018

Susan D. Wigenton, U.S.D.J.